IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| PAT LANE SWANZY, JR., #1812125 | § | |
| VS. | § | CIVIL ACTION NO. 2:13cv112 |
| G.F. (CORKY) STOVALL, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Pat Lane Swanzy, Jr., confined in the Gurney Unit of the Texas prison system, proceeding *pro se* and seeking to proceed *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge Roy S. Payne, who issued a Report and Recommendation ("R&R") recommending that the complaint be dismissed with prejudice as frivolous for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1).

Plaintiff filed objections (docket entry #11). In his objections, he does not address the basis of the Magistrate Judge's R&R, but attempts to amend the allegations of his original complaint with additional detail that he believes would state a claim under § 1983. He is incorrect. Regardless of the additional detail, which is immaterial, the proper form for his claim is in a petition for writ of habeas corpus. Furthermore, even with the additional facts he has added, the Defendants he has named remain immune from suit under § 1983 for the reasons stated in the R&R. Therefore, his objections will be overruled.

Having made a *de novo* review of the objections raised by Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and that the

1

objections of Plaintiff are without merit.  Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.  It is accordingly

**ORDERED** that Plaintiff's objections are **OVERRULED**.  It is further

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1).  It is finally

**ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.  The Clerk shall send a copy of this Order of Dismissal to the Three Strikes Administrator for the Eastern District of Texas.

**So Ordered and Signed on this**

**Mar 31, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE